580

*Galloway,* and *Messrs. George C. Butte* and *George H. Foster* for the United States.

No. 279. CRACKER JACK CO., INC., *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. George E. Holmes* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *George H. Foster* for the United States.

No. 280. SHOTWELL MFG. CO. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. George E. Holmes* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *George H. Foster* for the United States.

No. 283. LORENZ ET AL. *v.* MABON ET AL. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Messrs. Wm. H. Watkins* and *W. Lee Guice* for petitioners. *Messrs. Benjamin B. Taylor, Charles V. Porter,* and *Joseph A. Loret* for respondents.

No. 284. DAVIS, TRUSTEE IN BANKRUPTCY, *v.* MABEE ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. George W. Ritter, D. F. Melhorne,* and *E. J. Marshall* for petitioner. *Messrs. James H. Boyd, pro se,* and *Charles A. Thatcher, pro se,* for respondents.